

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*The Nemours Building*                          *(302) 573-6277*
*1007 Orange Street, Suite 700*          *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

March 6, 2008

**BY CM/ECF**

Honorable Gregory M. Sleet
Chief Judge
United States District Court
 for the District of Delaware
844 King Street
Wilmington, Delaware 19801

> RE:    **United States v. Davis, Criminal Action No. 08-15 GMS**
> **United States v. Roussos, Criminal Action No. 08-16 GMS**
> **United States v. Sanassie, Criminal Action No. 08-17 GMS**
> **United States v. Smith, Criminal Action No. 08-18 GMS**

Dear Chief Judge Sleet:

Each of the above-referenced cases is related to United States v. Lofink, Criminal Action No. 08-01 GMS. Defendants Davis, Sanassie and Smith have all agreed to the respective plea offers made by the government. Their plea agreements were previously provided to the Clerk of the Court for the Court's review. Defendant Roussos has not accepted a plea offer as of the date of this letter; however, it is the government's understanding that his case will resolve without a trial.

Letter to Honorable Gregory M. Sleet
March 6, 2008
Page 2

The government respectfully requests that the Court set a Rule 11 hearing with respect to defendants Davis, Sanassie and Smith, and a status conference with respect to defendant Roussos, at the Court's convenience.

Very truly yours,

COLM F. CONNOLLY
United States Attorney

BY: _____

Douglas E. McCann
Assistant United States Attorney

cc:     David C. Weiss, FAUSA (by hand)
        James J. Haley, Jr., Esquire (by CM/ECF)
        Joseph A. Hurley, Esquire (by hand)
        Peter N. Letang, Esquire (by hand)
        O. Hampton Brown, Esquire (by first class mail)