# JOE HURLEY

ATTORNEY AT LAW

1215 KING STREET

WILMINGTON, DELAWARE 19801

(302) 658-8980

MEMBER DEL AND FLA. BARS

March 7, 2008

The Honorable Gregory M. Sleet
Chief Judge
U.S. District Court
844 King Street
Wilmington, DE 19801

     Re:  U.S. v. Roussos
         Cr.A. No. 86-16-GMS

Dear Judge Sleet:

    Please be advised that I begin my long-awaited, and richly
deserved, I submit, vacation on March 13th through the first week
of April and would ask that your Scheduling Order take that into
account.

                      Respectfully,

                      Joe Hurley

JAH:jr

FILED

MAR 1 1 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE