## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 08-16-SLR |
| STEPHANO ROUSSOS, | ) ) ) |
| Defendant. | ) ) |

### ENTRY OF APPEARANCE AND SUBSTITUTION OF COUNSEL

PLEASE enter the appearance of First Assistant United States Attorney David C. Weiss as attorney of record, in place of Assistant United States Attorney Douglas E. McCann, on behalf of the United States of America in the above-captioned matter.

Dated: April 22, 2008

                                                Respectfully submitted,

                                                COLM F. CONNOLLY
                                                United States Attorney

                                                /s/ David C. Weiss
                                                David C. Weiss (Delaware I.D. No. 2322)
                                                First Assistant United States Attorney
                                                1007 N. Orange Street, Suite 700
                                                P.O. Box 2046
                                                Wilmington, Delaware 19899-2046
                                                (302) 573-6277, ext. 124
                                                (302) 573-6220 (fax)