OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 22, 2008

**UNITED STATES OF AMERICA**

    v.                                       CR 08-016-GMS

**STEPHANO ROUSSOS**

I hereby acknowledge receipt of the following document, in accordance with the Court's Order dated May 21, 2008 (copy attached):

        United States Passport issued to: Stephano Roussos

        Issuance date: December 17, 2007

        Expiration date: December 16, 2017

May 21, 2008
**DATE**

*Donna M. Seningen*
**DEPUTY CLERK**