PS 8
(Rev 02/94)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Criminal Action No. 08CR00016-001 (GMS) |
| Stephano Roussos | ) |
| Defendant | ) |

### Petition for Action on Conditions of Pretrial Release

COMES NOW WALTER MATTHEWS PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Stephano Roussos who was placed under pretrial release supervision by the Honorable Gregory M. Sleet sitting in the court at Wilmington, Delaware, on the 21st day of May, 2008 under the following conditions:

General Conditions: The defendant shall not commit any offense in violation of federal, state or local law, the defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number, the defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

Additional Conditions: (7)(a) Report to the probation office, as directed; (g) immediately surrender any passport to the probation office, (n) refrain from use or unlawful possession of a narcotic drug or controlled substance, (q) submit to testing, (r) participate in a program of inpatient or outpatient substance abuse therapy, (u) report contact with any law enforcement personnel as soon as possible.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

SEE ATTACHED

**PRAYING THAT THE COURT WILL ORDER...** the issuance of a summons requiring the defendant to appear before the court for a hearing to determine if he has violated the conditions of his release.

| ORDER OF COURT | I declare under penalty of perjury the foregoing is true and correct, |
|---|---|
| So ordered this __18__ day of __July__, 2008. | _/s/ Walter B. Matthews_ |
| _/s/ Gregory M. Sleet_ Chief U.S. District Judge | Senior U. S. Probation Officer |
| | Executed on   July 18, 2008 |
| | Place   Wilmington, Delaware |

FILED
JUL 18 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE: Stephano Roussos

**General Condition:** The defendant shall not commit any offense in violation of federal, state or local law.

**Evidence:** On July 13, 2008, Mr. Roussos was arrested by the Pennsylvania State Police for suspicion of DUI and other offenses related to a car collision.

**Additional Condition (n):** The defendant shall refrain from use or unlawful possession of a narcotic drug or controlled substance.

**Evidence:** On June 2, 2008, Mr. Roussos submitted a urine sample which tested positive for cocaine. On that same date, he admitted using cocaine on May 30, 2008, and using Xanax without a prescription on May 31, 2008.

**Additional Condition (u):** The defendant shall report contact with any law enforcement personnel as soon as possible.

**Evidence:** Mr. Roussos had contact with the Pennsylvania State Police on July 13, 2008. He did not notify the probation officer of this contact until the probation officer called him, after receiving a voice message from the Pennsylvania State Police.