IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| Plaintiff | : |
| v. | : Criminal No. 08-16 GMS |
| STEPHANO ROUSSOS | : |
| Defendant | : |

**NOTICE OF RESCHEDULING**

IT IS HEREBY ORDERED that the sentencing of the above-captioned defendant is RESCHEDULED to **Thursday, September 4, 2008, at 10:00 a.m.** before the Honorable Gregory M. Sleet, Chief, United States District Judge, United States Courthouse, Courtroom 4A, 844 N. King Street, Wilmington, DE.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE

August 26, 2008