

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

(302) 573-6277 x 124
FAX (302) 573-6220
TTY (302) 573- 6274
Toll Free (888) 293-8162
David.Weiss@usdoj.gov

September 4, 2008

**BY CM/ECF**
Honorable Gregory M. Sleet
Chief Judge, United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

    Re:    **United States v. Roussous,**
             **Criminal Action No. 08-016-GMS**

Dear Chief Judge Sleet:

    On June 19, 2008, the United States moved for a Preliminary Order of Forfeiture as to certain cash and property of the defendant. The government respectfully requests that the Court grant the Preliminary Order of Forfeiture at Thursday's sentencing.

    Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure requires that the forfeiture "be made a part of the sentence and included in the judgment." Accordingly, the government respectfully requests that the following language be included in the Court's sentencing colloquy and on page six of the criminal judgment:

    "Pursuant to 21 U.S.C. § 853(a), the defendant shall forfeit to the United States the cash and property identified in the Preliminary Order of Forfeiture, which Order is incorporated by reference into the Criminal Judgment in this case."

                                              Respectfully submitted,

                                              COLM F. CONNOLLY
                                              United States Attorney

                                       BY: _____
                                          David C. Weiss
                                          First Assistant United States Attorney

DCW:taj

cc:   Joseph Hurley, Esquire